THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSE T. HOWELL                                                              PLAINTIFF

v.                          Case No. 4:18-cv-00848-KGB

ANDREW M. SAUL, COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION[1]                                            DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this action is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

It is so adjudged this 2nd day of March, 2020.

_____
Kristine G. Baker
United States District Judge

---

[1] Andrew M. Saul was confirmed as Commissioner of the Social Security Administration on June 6, 2019. Pursuant to Federal Rule of Civil Procedure 25(d), Mr. Saul is automatically substituted as a party.